**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-998-851**

**Effective Date of Registration:**
October 07, 2015

---

## Title

Title of Work: Bronze Wyvern Dragon Hair Barrette

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: September 15, 2015
Nation of 1st Publication: United States

## Author

- Author: Martha Bobroskie
Author Created: jewelry design
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Martha Bobroskie
PO Box 318, Santa Cruz, CA, 95061

## Rights and Permissions

Organization Name: Marty Magic
Email: marty@martymagic.com
Telephone: (831)429-9805
Address: PO Box 318
Santa Cruz, CA 95061 United States

## Certification

Name: Martha Bobroskie
Date: October 07, 2015

Correspondence: Yes

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-799-670**

**Effective date of registration:**
December 24, 2011

## Title

Title of Work: Octopus Ear Cuff

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: June 2, 2007    Nation of 1st Publication: United States

## Author

■    Author: Martha Bobroskie

Author Created: jewelry design

Citizen of: United States    Domiciled in: United States

Year Born: 1951

## Copyright claimant

Copyright Claimant: Martha Bobroskie

PO Box 318, Santa Cruz, CA, 95061, United States

## Rights and Permissions

Organization Name: Marty Magic

Address: PO Box 318

Santa Cruz, CA 95061  United States

## Certification

Name: Martha Bobroskie

Date: December 23, 2011



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-443-408**
**Effective Date of Registration:**
January 23, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Angler Fish Pendant

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 09, 2014
**Nation of 1st Publication:** United States

## Author

● **Author:** Martha Bobroskie
**Author Created:** jewelry design
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Martha Bobroskie
Marty Magic PO Box 318, Santa Cruz, CA, 95061, United States

## Certification

**Name:** Daniel Lachman
**Date:** January 23, 2025

---

**Correspondence:** Yes

Page 1 of 1







# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-443-407
**Effective Date of Registration:**
January 23, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:**   Frog Ear Wrap

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   March 07, 2012
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Martha Bobroskie
  **Author Created:**   jewelry design
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Martha Bobroskie
Marty Magic PO Box 318, Santa Cruz, CA, 95061, United States

## Certification

**Name:**   Daniel Lachman
**Date:**   January 23, 2025

---

**Correspondence:**   Yes

Page 1 of 1







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-443-413**
**Effective Date of Registration:**
January 23, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Snowflake Ear Cuff

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** August 31, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Martha Bobroskie
  **Author Created:** jewelry design
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Martha Bobroskie
Marty Magic PO Box 318, Santa Cruz, CA, 95061, United States

## Certification

**Name:** Daniel Lachman
**Date:** January 23, 2025

**Correspondence:** Yes

Page 1 of 1





